# Exhibit B

## TOLLING AGREEMENT

This is a Tolling Agreement between certain clients of Keller Lenkner LLC ("Keller Lenkner"), on the one hand, and Postmates Inc. ("Postmates"), on the other hand. For purposes of this Agreement, the clients of Keller Lenkner are all of the clients who have retained Keller Lenkner to bring claims against Postmates ("the Clients").

WHEREAS, the Clients have retained Keller Lenkner to pursue claims arising from their work through the Postmates online platform ("the Claims");

WHEREAS, the Claims are subject to various statutes of limitations;

WHEREAS, the Claims are subject to arbitration agreements between each of the Clients and Postmates;

WHEREAS, the arbitration agreements require individual arbitration; and

WHEREAS, the Clients and Postmates recognize the advantages of negotiation and engaging in alternative dispute-resolution processes, such as mediation.

THEREFORE, to facilitate the parties' efforts to negotiate and resolve claims through alternative dispute-resolution processes, and to allow such negotiation and alternative dispute-resolution processes to proceed while preserving the Claims from expiration under any applicable statute of limitations, the parties agree as follows:

(1) All statutes of limitation and repose applicable to the Claims are hereby tolled as of March 26, 2019.

(2) The tolling agreement does not preclude Postmates from asserting that claims for which the statutes of limitation or repose ran prior to March 26, 2019 are time-barred.

(3) Postmates may terminate the tolling period at any time upon written notice to Keller Lenkner LLC, by email to Ashley Keller (ack@kellerlenkner.com) or mail to his attention at Keller Lenkner LLC, 150 N. Riverside Plaza, Suite 4270, Chicago, IL 60606.

(4) Unless the tolling period is terminated earlier pursuant to paragraph (3), the tolling period shall terminate thirty days following the completion of any mediation conducted between Postmates and the Clients regarding the Claims. If no mediation is held, or if a mediation is held but not completed, the tolling period shall terminate on July 26, 2019.

(5) This Agreement shall be interpreted in accordance with California law.

(6) This Agreement was the product of negotiation and shall not be construed for or against either party based on who drafted it.

(7) Keller Lenkner represents and warrants that the individual whose signature appears below is authorized to enter into this Agreement on behalf of the Clients.

(8) Postmates represents and warrants that the individual whose signature appears below is authorized to enter into this Agreement on behalf of Postmates.

(9) This Agreement is Postmates and the Clients' complete agreement with respect to tolling the Claims.

(10) This Agreement may be executed in counterparts.

\*\*\* \*\*\* \*\*\*

SO AGREED.

For the Clients

Dated: 4/2/19

_[signature]_

Ashley Keller
Keller Lenkner LLC

For Postmates

Dated: April 2, 2019

_[signature]_

Dhananjay S. Manthripragada
Gibson Dunn & Crutcher LLP

2