# Exhibit L



# AMERICAN ARBITRATION ASSOCIATION®

## EMPLOYEE ARBITRATION RULES DEMAND FOR ARBITRATION

**To ensure your demand is processed promptly, please include a copy of the Arbitration Agreement, Plan or Contract.**

| | |
|---|---|
| **Mediation:** If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box ☐. | |

### Parties (Claimant)

| | | |
|---|---|---|
| Name of Claimant: Antonio Cordova (KL Tracking ID No. 4618146) | | |
| Address: 2827 W 23 St | | |
| City: Chicago | State: IL | Zip Code: 60623 |
| Phone No.: (773) 225-1995 | Fax No.: | |
| Email Address: cordovaantoniopostmatesz4618146@projects.filevine.com | | |
| Representative's Name (if known): Ashley Keller | | |
| Firm (if applicable): Keller Lenkner LLC | | |
| Representative's Address: 150 N Riverside Plaza, Suite 4270 | | |
| City: Chicago | State: IL | Zip Code: 60606 |
| Phone No.: (312) 741-5222 | Fax No.: | |
| Email Address: ack@kellerlenkner.com | | |

### Parties (Respondent)

| | | |
|---|---|---|
| Name of Respondent: Postmates Inc. | | |
| Address: 201 Third Street, Suite 200 | | |
| City: San Francisco, CA | State: CA | Zip Code: 94103 |
| Phone No.: (415) 939-0318 | Fax No.: | |
| Email Address: | | |
| Representative's Name (if known): Dhananjay S. Manthripragada | | |
| Firm (if applicable): Gibson Dunn & Crutcher LLP | | |
| Representative's Address: 333 South Grand Avenue | | |
| City: Los Angeles | State: CA | Zip Code: 90071 |
| Phone No.: (213) 229-7366 | Fax No.: | |
| Email Address: dmanthripragada@gibsondunn.com | | |

| |
|---|
| Claim: What was/is the employee/worker's annual wage range? ■ Less than $100,000 ☐ $100,000-$250,000 ☐ Over $250,000 <br> *Note: This question is required by California law.* |
| Amount of Claim: Claimant declines to specify the amount in controversy at this time, as the information needed to calculate damages is exclusively within the control of Postmates. <br> Claim involves: ■ Statutorily Protected Rights ☐ Non-Statutorily Protected Rights |

**AMERICAN ARBITRATION ASSOCIATION**®

**EMPLOYEE ARBITRATION RULES DEMAND FOR ARBITRATION**

| |
|---|
| In detail, please describe the nature of each claim. You may attach additional pages if necessary: Claimant has been a courier for Postmates. Postmates has misclassified Claimant as an independent contractor instead of an employee. Claimant seeks all available relief under the following provisions, as showing to be applicable following discovery of information exclusively within the control of Respondent: 29 U.S.C §§ 206, 207 (Minimum Wage & Overtime); 820 ILCS 105/1, *et seq.* (Minimum Wage & Overtime); Applicable Municipal Codes (Minimum Wage, Overtime, Sick Time, & Notice Violations). |
| Other Relief Sought: ■Attorneys Fees ■Interest ■Arbitration Costs ■Punitive/ Exemplary<br>■Other: Declaratory relief; appropriate equitable relief; damages, penalties, and restitution. |
| Please describe the qualifications for arbitrator(s) to hear this dispute:<br>Under the parties' arbitration agreement, "[t]he arbitration shall be heard by one arbitrator selected in accordance with the AAA Rules. The arbitrator shall be an attorney with experience in the law underlying the dispute." § 11b.vi.1. |
| Hearing: Estimated time needed for hearings overall: 6 hours or ___ days |
| Hearing Locale: Claimant requests a hearing location in, or reasonably near, the same county in which Claimant resides.<br>*(check one)* ■Requested by Claimant ☐ Locale provision included in the contract |
| Filing Fee requirement or $300 (max amount per AAA) – Postmates is required to pay all filing fees. § 11b.vi.2.<br>Filing by Company: ☐ $2,200 single arbitrator ☐ $2,800 three arbitrator panel |
| Notice: To begin proceedings, **please send a copy of this Demand and the Arbitration Agreement, along with filing fee as provided for in the Rules,** to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. Send the original Demand to the Respondent. |
| Signature (may be signed by a representative): *[signature]* | Date: June 11, 2019 |
| Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. Only those disputes arising out of employer plans are included in the consumer definition. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the number of persons in your household. Please contact the AAA's Western Case Management Center at 1-800-778-7879. If you have any questions regarding the waiver of administrative fees, AAA Case Filing Services can be reached at 877-495-4185. Please visit our website at www.adr.org if you would like to file this case online. AAA Customer Service can be reached at 800-778-7879. |