UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AARON MCCLENON, et al., <br><br> *Petitioners*, <br><br> v. <br><br> POSTMATES INC., <br><br> *Respondent*. | ) <br> ) <br> ) Civil Action No. 19-cv-06415 <br> ) <br> ) Honorable Mary M. Rowland <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

I, Bradley T. Stephenson, certify that I am, and at all times during the service of process, was not less than 18 years of age and not a party to the matter concerning which service of process was made. I certify that I personally delivered the PETITION TO COMPEL ARBITRATION [Dkt. No. 1], ATTORNEY APPEARANCE FOR ASHLEY KELLER [Dkt. No. 2], ATTORNEY APPEARANCE FOR TOM KAYES [Dkt. No. 3], NOTICE OF MOTION AND PETITIONERS' MOTION TO COMPEL ARBITRATION [Dkt. Nos. 4, 5], MEMORANDUM IN SUPPORT OF PETITIONERS' MOTION TO COMPEL ARBITRATION [Dkt. No. 6], and ATTORNEY APPEARANCE FOR TRAVIS LENKNER [Dkt. No. 7] to Respondent Postmates Inc. through its registered agent on September 30, 2019, as described in each pleading's certificate of service.

I affirm that the foregoing is true under penalty of perjury under the laws of the United States.

Dated this 4th day of October, 2019.

Respectfully submitted,

_____
Paralegal for Keller Lenkner LLC

## **CERTIFICATE OF SERVICE**

The undersigned, a non-attorney, states that he served the foregoing document on October 4, 2019 by regular mail with postage pre-paid to the following:

Postmates Inc.
c/o CT Corporation, Registered Agent
208 South LaSalle Street, Suite 814
Chicago, IL 60604

Dated: October 4, 2019     /s/ *Bradley T. Stephenson*