# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AARON MCCLENON, et al., | Case No. 1:19-cv-06415 |
| *Petitioners,* | Honorable Mary M. Rowland |
| v. | Motion Date: February 25, 2020 |
| POSTMATES INC., | Motion Time: 9:45 a.m. |
| *Respondent*. | |

## PETITIONERS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO COMPEL ARBITRATION

Petitioners, by and through their undersigned counsel, respectfully move this Court for an order granting them leave to file supplemental authority related to their Motion to Compel Arbitration (Dkt. 4) and Postmates's "Cross-Motion" to Compel Arbitration (Dkt. 18). In support of this motion, Petitioners respectfully state as follows:

On February 10, 2020, the U.S. District Court for the Northern District of California granted a motion to compel arbitration brought by couriers alleging misclassification claims against DoorDash, Inc. *See* Order Re Motion to Compel Arbitration, Motion to Stay Proceedings, and Motion to Seal, *Abernathy et al. v. DoorDash, Inc.* (No. 19-cv-07545-WHA), *Boyd et al. v. DoorDash, Inc.* (No. 19-cv-07646-WHA), *Abernathy* Dkt. 177 (Feb. 10, 2020). Petitioners in those cases were represented by the same law firm that represents Petitioners in this matter; DoorDash was represented by the same law firm that represents Postmates in this matter.

Petitioners respectfully submit that decision, a copy of which is attached as Exhibit A.

Dated: February 18, 2020   Respectfully submitted,

/s/ Ashley Keller
Ashley Keller (#6300171)
  ack@kellerlenkner.com
Travis Lenkner (#6311545)
  tdl@kellerlenkner.com
Tom Kayes (#6315461)
  tk@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

*Attorneys for Petitioners*

## **CERTIFICATE OF SERVICE**

I certify that I caused the foregoing document to be served on all ECF-registered counsel via the Court's CM/ECF system on February 18, 2020.

Dated: February 18, 2020     /s/ Ashley Keller