## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Aaron McClenon

                Plaintiff,

v.                                        Case No.: 1:19–cv–06415

                                        Honorable Mary M. Rowland

Postmates Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 20, 2020:

      MINUTE entry before the Honorable Mary M. Rowland: Petitioners' motion for leave to file supplemental authority in support of their motion to compel arbitration [29] is granted. Petitioners shall file the supplemental authority as a separate entry on the docket. No appearance necessary on 2/25/20. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.