# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AARON MCCLENON, et al., *Petitioners,* v. POSTMATES INC., *Respondent.* | Case No. 1:19-cv-06415<br><br>Honorable Mary M. Rowland |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to this Court's Local Rule 83.17, the undersigned attorney, Tom Kayes, moves this Court for leave to withdraw his appearance as counsel in this matter for Petitioners. The undersigned will be ending his employment with Keller Lenkner LLC, and will not be in a position to continue his involvement in this matter. Petitioners will not be prejudiced by the withdrawal of the undersigned because they will continue to be represented by other attorneys of record from Keller Lenkner. Service should continue to be made upon the remaining attorneys appearing in this case. Accordingly, the undersigned respectfully requests leave to withdraw.

Dated: February 27, 2020

Respectfully submitted,

/s/ Tom Kayes
Ashley Keller (#6300171)
  ack@kellerlenkner.com
Travis Lenkner (#6311545)
  tdl@kellerlenkner.com
Tom Kayes (#6315461)
  tk@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

*Attorneys for Petitioners*

Case: 1:19-cv-06415 Document #: 34 Filed: 02/27/20 Page 2 of 2 PageID #:585

2

## **CERTIFICATE OF SERVICE**

      I certify that I caused the foregoing document to be served on all ECF-registered counsel via the Court's CM/ECF system on February 27, 2020.

Dated: February 27, 2020          /s/ Tom Kayes