# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AARON MCCLENON, et al., | Case No. 1:19-cv-06415 |
| *Petitioners,* | Honorable Mary M. Rowland |
| v. | Motion Date: March 12, 2020 |
| POSTMATES INC., | Motion Time: 9:45 a.m. |
| *Respondent.* | |

## PETITIONERS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO COMPEL ARBITRATION

Petitioners, by and through their undersigned counsel, respectfully move this Court for an order granting them leave to file supplemental authority related to their Motion to Compel Arbitration (Dkt. 4) and Postmates's "Cross-Motion" to Compel Arbitration (Dkt. 18). In support of this motion, Petitioners respectfully state as follows:

On March 5, 2020, the U.S. District Court for the Northern District of California denied Postmates's motion to stay an order compelling arbitration pending Postmates's appeal of the order. *See Adams v. Postmates, Inc.*, No. 4:19-cv-03042-SBA, Order Denying Postmates' Motion to Stay Pending Appeal, Dkt. 270 (N.D. Cal. Mar. 5, 2020).

Petitioners respectfully submit that decision, a copy of which is attached as Exhibit A.

Dated: March 6, 2020

Respectfully submitted,

/s/ Ashley Keller
Ashley Keller (#6300171)
 ack@kellerlenkner.com
Travis Lenkner (#6311545)
 tdl@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606

(312) 741-5220

*Attorneys for Petitioners*

## **CERTIFICATE OF SERVICE**

     I certify that I caused the foregoing document to be served on all ECF-registered counsel via the Court's CM/ECF system on March 6, 2020.


Dated: March 6, 2020                      /s/ Ashley Keller