# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AARON MCCLENON, et al., | Civil Action No. 19-cv-06415 |
| Petitioners, | Honorable Mary M. Rowland |
| v. | |
| POSTMATES INC., | |
| Respondent. | |

**RESPONDENT'S NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 1291 and 9 U.S.C. § 16(a)(3), Respondent Postmates Inc. hereby appeals to the United States Court of Appeals for the Seventh Circuit from the District Court's Memorandum Opinion and Order (Dkt. 51) entered on July 20, 2020.

DATE: August 19, 2020

Respectfully submitted,

   /s/ *Theane Evangelis*
Theane Evangelis (*pro hac vice*)
  TEvangelis@gibsondunn.com
Dhananjay S. Manthripragada (*pro hac vice*)
  DManthripragada@gibsondunn.com
Thomas F. Cochrane (*pro hac vice*)
  TCochrane@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

Michele L. Maryott (*pro hac vice*)
  MMaryott@gibsondunn.com
Shaun A. Mathur (*pro hac vice*)
  SMathur@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800

Jennifer Schilling, SBN 6356634
  JSchilling@littler.com
LITTLER MENDELSON P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654

Attorneys for Respondent Postmates Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AARON MCCLENON, et al., | ) ) ) | Civil Action No. 19-cv-06415 |
| Petitioners, | ) ) ) | Honorable Mary M. Rowland |
| v. | ) ) | |
| POSTMATES INC., | ) ) ) | |
| Respondent. | ) ) ) | |

**DOCKETING STATEMENT**

2

## I. JURISDICTION OF THE DISTRICT COURT

The district court had jurisdiction over this action under 9 U.S.C. § 4 and 28 U.S.C. §§ 1331 and 1367 because the underlying controversy alleges claims arising under the Fair Labor Standards Act, 29 U.S.C. §§ 206, 207.

## II. JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from the final decision of the U.S. District Court for the Northern District of Illinois entered on July 20, 2020 by the Honorable Mary M. Rowland. The United States Court of Appeals has jurisdiction to decide this appeal under 28 U.S.C. § 1291 and 9 U.S.C. § 16(a)(3). The Notice of Appeal was filed in the district court on August 19, 2020.

DATE: August 19, 2020

Respectfully submitted,

   /s/ *Theane Evangelis*

Theane Evangelis (*pro hac vice*)
  TEvangelis@gibsondunn.com
Dhananjay S. Manthripragada (*pro hac vice*)
  DManthripragada@gibsondunn.com
Thomas F. Cochrane (*pro hac vice*)
  TCochrane@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

Michele L. Maryott (*pro hac vice*)
  MMaryott@gibsondunn.com
Shaun A. Mathur (*pro hac vice*)
  SMathur@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800

Jennifer Schilling, SBN 6356634
  JSchilling@littler.com
LITTLER MENDELSON P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654

Attorneys for Respondent Postmates Inc.