# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

April 8, 2021

*By the Court:*

| | |
|---|---|
| No. 20-2577 | AARON MCCLENON, et al., Petitioners - Appellees  v.  POSTMATES, INC., Respondent - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:19-cv-06415  Northern District of Illinois, Eastern Division  District Judge Mary M. Rowland ||

Upon consideration of the **MOTION TO DISMISS**, filed on April 7, 2021, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b)**.**

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit