Case: 1:19-cv-06415 Document #: 60 Filed: 04/08/21 Page 1 of 2 PageID #:830
Case: 20-2577 Document: 00713793755 Filed: 04/08/2021 Pages: 2

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 |  | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## NOTICE OF ISSUANCE OF MANDATE

April 8, 2021

To:  Thomas G. Bruton
     UNITED STATES DISTRICT COURT
     Northern District of Illinois
     Chicago , IL 60604-0000

| No. 20-2577 | AARON MCCLENON, et al.,<br> Petitioners - Appellees<br><br>v.<br><br>POSTMATES, INC.,<br>Respondent - Appellant |

**Originating Case Information:**

District Court No: 1:19-cv-06415
Northern District of Illinois, Eastern Division
District Judge Mary M. Rowland

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:            F.R.A.P. 42(b)

STATUS OF THE RECORD:         no record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                    **Received by:**

_____                    _____

form name: **c7_Mandate**(form ID: **135**)