UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AARON MCCLENON, et al., | Case No. 1:19-cv-06415 |
| *Petitioners,* | Honorable Mary M. Rowland |
| v. | |
| POSTMATES INC., | |
| *Respondent.* | |

## JOINT STIPULATION OF DISMISSAL

The parties to this action, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

2

Dated: April 9, 2021          By:     */s/ Theane Evangelis*
                                      Theane Evangelis (*pro hac vice*)
                                         tevangelis@gibsondunn.com
                                      GIBSON, DUNN & CRUTCHER LLP
                                      333 South Grand Avenue
                                      Los Angeles, California 90071-3197
                                      (213) 229-7000

                                      *Attorney for Respondent
                                      Postmates Inc.*


Dated: April 9, 2021          By:     */s/ Ashley Keller*
                                      Ashley Keller (#6300171)
                                         ack@kellerlenkner.com
                                      KELLER LENKNER LLC
                                      150 N. Riverside Plaza, Suite 4270
                                      Chicago, Illinois 60606
                                      (312) 741-5220

                                      *Attorney for Petitioners*